# EXHIBIT 2



IDAHO | NEVADA | WASHINGTON

877 W. Main Street, Suite 200
P.O. Box 1617
Boise, Idaho 83701-1617
T 208.344.6000
F 208.954.5261
HAWLEYTROXELL.COM

SHEILA R. SCHWAGER
ADMITTED IN IDAHO, OREGON, AND WASHINGTON
EMAIL: SSCHWAGER@HAWLEYTROXELL.COM
DIRECT DIAL: 208.388.4928
DIRECT FAX: 208.954.5261

March 20, 2025

**VIA FEDERAL EXPRESS, US MAIL,
AND ELECTRONIC MAIL**

**ARTICLE #772857689342**

William John Millenkamp
Individually and as Trustee
of the SJM 2012 Trust
471 North 300 West
Jerome, Idaho 83338

**ARTICLE #772857909170**

Millenkamp Cattle, Inc., et al.
c/o Matthew T. Christensen
Johnson May
Counsel for Debtor Entities
199 N. Capitol Blvd., Suite 200
Boise, Idaho 83702

**ARTICLE #772857812369**

Susan J. Millenkamp
Individually and as Trustee
of the WJM 2012 Trust
471 North 300 West
Jerome, Idaho 83338

**Electronic Mail**

Bill@Millenkamp.com
Susie@Millenkamp.com
MTC@johnsonmaylaw.com

Re:   *Notice of Plan to Sell Property by Public Sale*

**PLEASE TAKE NOTICE** that in accordance with the provisions of Idaho Code § 28-9-601, et seq. (including Idaho Code § 28-9-611), and pursuant to Idaho Code § 28-9-101, et seq., generally, Rabo AgriFinance LLC, as Agent (the "**Agent**"), will offer at a PUBLIC SALE all right, title and interest of (1) William John Millenkamp, (2) Susan Jo Millenkamp, (3) Susan Millenkamp, as Trustee of the WJM 2012 Trust and (4) William John Millenkamp, as Trustee of the SJM 2012 Trust (collectively the "**Debtors**"), in the equity interests (the "**Equity Interests**"), issued by each

59797.0007.18307144.5

William John Millenkamp
Susan J. Millenkamp
March 20, 2025
Page 2

of the following entities: (i) Millenkamp Cattle, Inc., an Idaho corporation; (ii) Idaho Jersey Girls LLC, an Idaho limited liability company; (iii) East Valley Cattle, LLC, an Idaho limited liability company; (iv) Millenkamp Properties, L.L.C., an Idaho limited liability company; (v) Millenkamp Properties II LLC, an Idaho limited liability company; (vi) Millenkamp Family LLC, an Idaho limited liability company; (vii) Goose Ranch LLC, an Idaho limited liability company; (viii) Idaho Jersey Girls Jerome Dairy LLC, an Idaho limited liability company; (ix) Black Pine Cattle LLC, an Idaho limited liability company; and (x) Millenkamp Enterprises LLC, an Idaho limited liability company (collectively the "**Debtor Entities**"), by virtue of the default of the Debtors and Debtor Entities (collectively the "**Borrowers**"), under the terms of that certain Third Amended and Restated Loan and Security Agreement, dated as of April 21, 2021, by and among the Borrowers, the lenders party thereto (the "**Lenders**"), and the Agent, as agent for the Lenders and other Secured Parties (as defined therein), and related financing agreements.

At the request of Agent, a designated investment banker will sell the Equity Interests at a public sale. A sale could include a lease or license. The public sale will be held as follows:

| | |
|---|---|
| **DATE / TIME:** | Tuesday, May 06, 2025, at 10:00 A.M., Mountain Standard Time |
| **LOCATION:** | Hawley Troxell Ennis & Hawley, LLP, 877 W. Main Street, Suite 200, Boise, Idaho 83702      j |

The money received by the Agent from the sale (after paying the cost of the sale) will reduce the amount Borrowers owe to the Lenders. If the Agent receives less money than Borrowers owe, Borrowers will still owe the Agent the difference. If the Agent receives more money than Borrowers owe, Borrowers will receive the additional funds, unless the Agent is legally required to pay such funds to someone else.

The sale shall be "AS-IS, WHERE-IS," with no representation or warranties of any kind or nature. Notwithstanding the generality of the foregoing, there shall be no warranty relating to title, possession, quiet enjoyment, or the like, in the disposition of the Equity Interests described in this notice.

The Debtors may obtain the Equity Interests back at any time before the Agent sells the Equity Interests by paying the full amount owed (not just the past due payments), including the Agent's expenses. To learn the exact amount the Debtors must pay, contact Sheila R. Schwager, Hawley Troxell (208) 344-6000, or sschwager@hawleytroxell.com. Borrowers are entitled to an accounting of the unpaid indebtedness the Borrowers owe to the Agent, the Lenders, and the other Secured Parties. You may contact Sheila Schwager and request such accounting.

William John Millenkamp
Susan J. Millenkamp
March 20, 2025
Page 3

If you need more information, please contact Sheila R. Schwager, Hawley Troxell at (208) 344-6000 or sschwager@hawleytroxell.com. Please be advised that the Agent intends to proceed with publication of the sale to duly advertise and promote the sale of the Equity Interests.

                              Sincerely,

                              HAWLEY TROXELL ENNIS & HAWLEY LLP

                              Sheila R. Schwager

SRS:jbro
None
cc:  Agent

59797.0007.18307144.5