Matthew T. Christensen, ISB: 7213
J. Justin May, ISB: 5818
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       jjm@johnsonmaylaw.com

*Attorneys for the Debtors*

Alexandra O. Caval, ISB: 7999
CAVAL LAW OFFICE, P.C.
248 Idaho Street S.
P.O. Box 1716
Twin Falls, ID 83303-1716
Phone: (208) 733-2035
Fax: (208) 733-3919
Email: alex@cavallawoffice.com

*Attorney for Bill and Susie Millenkamp*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
|---|---|
| Filing relates to:<br><br>☐ ALL DEBTORS<br><br>☒ Millenkamp Cattle, Inc.<br><br>☒ Idaho Jersey Girls<br><br>☒ East Valley Cattle<br><br>☐ Millenkamp Properties<br><br>☐ Millenkamp Properties II<br><br>☒ Millenkamp Family | Jointly Administered With<br>Case Nos.:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

DECLARATION OF MATTHEW T. CHRISTENSEN – Page 1

| | |
|---|---|
| ☐ Goose Ranch<br><br>☒ Black Pine Cattle<br><br>☒ Millenkamp Enterprises<br><br>☒ Idaho Jersey Girls Jerome Dairy<br><br>_____ | Chapter 11 Cases |
| MILLENKAMP CATTLE, INC., an Idaho corporation; EAST VALLEY CATTLE, LLC, an Idaho limited liability company; IDAHO JERSEY GIRLS JEROME DAIRY, LLC, an Idaho limited liability company; MILLENKAMP FAMILY, LLC, an Idaho limited liability company; MILLENKAMP ENTERPRISES, LLC, an Idaho limited liability company; BLACK PINE CATTLE, LLC, an Idaho limited liability company; IDAHO JERSEY GIRLS, LLC, an Idaho limited liability company; BILL MILLENKAMP, an individual; SUSIE MILLENKAMP, an individual,<br><br>                         Plaintiffs,<br><br>v.<br><br>RABO AGRIFINANCE, LLC, as Agent on behalf of certain lenders including itself,<br><br>                         Defendant.<br>_____ | Adv. Case No.: 25-08007-NGH |

## DECLARATION OF MATTHEW T. CHRISTENSEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Matthew T. Christensen declares and says as follows:

1. I am of sufficient age and competency to testify before this court, and make the following statements based on my own personal knowledge.

DECLARATION OF MATTHEW T. CHRISTENSEN – Page 2

2. I am the attorney of record for the Debtors in the above-entitled adversary proceeding, and am familiar with the facts and procedural history of this case.

3. The day of filing this Declaration, my office is providing a copy of the Complaint, the Motion for Preliminary Injunction, the Declaration of Bill Millenkamp, this Declaration, and a Notice of Hearing to the Defendant via U.S. Mail at the mailing address listed on Rabo's Proof of Claim in the underlying bankruptcy case.

4. Additionally, in the bankruptcy case, the Defendant, Rabo AgriFinance LLC, is represented by Sheila Schwager and Andrew Schoulder. Contemporaneous with the filing of this Declaration, I am providing a copy of the documents referenced above to Ms. Schwager and Mr. Schoulder via email service (sschwager@hawleytroxell.com; andrew.schoulder@nortonrosefulbright.com).

5. I certify the above statements as describing the efforts made to give notice to the Defendant of the Complaint and request for injunction and the reasons why relief is proper.

6. I declare under penalty of perjury that the foregoing statements are true and correct.

DATED this 2nd day of May, 2025.

       /s/ Matt Christensen
       Matthew T. Christensen