Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: sschwager@hawleytroxell.com
         bwilson@hawleytroxell.com

Andrew J. Schoulder (*admitted pro hac vice*)
Francisco Vazquez (*admitted pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone:  212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com
         francisco.vazquez@nortonrosefulbright.com

Attorneys for Debtor Rabo AgriFinance LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>      Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☐ All Debtors<br>☒ Millenkamp Cattle, Inc.<br>☒ Idaho Jersey Girls<br>☒ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☒ Millenkamp Family<br>☐ Goose Ranch<br>☒ Black Pine Cattle<br>☒ Millenkamp Enterprises | Jointly Administered With Case Nos:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy) |

RABO AGRIFINANCE LLC'S WITNESS LIST

- 1

| | |
|---|---|
| ☒Idaho Jersey Girls Jerome Dairy,<br><br>MILLENKAMP CATTLE, INC., an Idaho corporation; EAST VALLEY CATLE, LLC, an Idaho limited liability company; IDAHO JERSEY GIRLS JEROME DAIRY, LLC, an Idaho limited liability company; MILLENKAMP FAMILY, LLC, an Idaho limited liability company; MILLENKAMP ENTERPRISES, LLC, an Idaho limited liability company; BLACK PINE CATTLE, LLC, an Idaho limited liability company; IDAHO JERSEY GIRLS, LLC, an Idaho limited liability company; BILL MILLENKAMP, an individual; SUSIE MILLENKAMP, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>RABO AGRIFINANCE, LLC, as Agent on behalf of certain lenders including itself,<br><br>        Defendant. | Chapter 11 Cases<br><br>Adv. Case No.: 25-08007-NGH |

# RABO AGRIFINANCE LLC'S WITNESS LIST

Rabo AgriFinance LLC, in its capacity as agent and secured lender (the "RLOC Agent"), by and through its attorneys of record, hereby files its Witness List for the hearing on May 14, 2025, beginning at 9:00 a.m. (MT).

The RLOC Agent intends to call as a witness:

1. Vito Mitria, BEACON Management Advisors, LLC.

The RLOC Agent reserves the right to amend this Witness List and intends to cross examine witnesses called by the Debtors at the hearing on May 14, 2025.

Dated: May 12, 2025

                                                              HAWLEY TROXELL ENNIS & HAWLEY LLP

                                                              /s/ Brent R. Wilson
                                                    By _____
                                                        Brent R. Wilson, ISB No. 8936
                                                        Attorneys for Debtor Rabo AgriFinance LLC

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 12th day of May, 2025, I electronically filed the foregoing RABO AGRIFINANCE LLC'S WITNESS LIST with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Matthew T. Christensen | Alexandra O. Caval |
| J. Justin May | CAVAL LAW OFFICE, P.C. |
| JOHNSON MAY | alex@cavallawoffice.com |
| mtc@johnsonmaylaw.com | *Attorney for Bill and Susie Millenkamp* |
| jjm@johnsonmaylaw.com | |
| *Attorneys for Debtors* | |

      AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

                          /s/ Brent R. Wilson
                          Brent R. Wilson