**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE:<br><br>**MILLENKAMP CATTLE, INC.,**<br><br>    Debtor. | **Case No. 24-40158-NGH** |
| **Filing relates to:**<br><br>☐  ALL DEBTORS<br>☒  Millenkamp Cattle, Inc.<br>☒  Idaho Jersey Girls<br>☒  East Valley Cattle<br>☐  Millenkamp Properties<br>☐  Millenkamp Properties II<br>☒  Millenkamp Family<br>☐  Goose Ranch<br>☒  Black Pine Cattle<br>☒  Millenkamp Enterprises<br>☒  Idaho Jersey Girls Jerome Dairy | **Jointly Administered With**<br>**Case Nos.:**<br><br>**24-40159-NGH (Idaho Jersey Girls)**<br>**24-40160-NGH (East Valley Cattle)**<br>**24-40161-NGH (Millenkamp Props)**<br>**24-40162-NGH (Millenkamp Props II)**<br>**24-40163-NGH (Millenkamp Family)**<br>**24-40164-NGH (Goose Ranch)**<br>**24-40166-NGH (Black Pine Cattle)**<br>**24-40167-NGH (Millenkamp Enters.)**<br>**24-40165-NGH (Idaho Jersey Girls**<br>             **Jerome Dairy)**<br><br>**Chapter 11 Cases** |
| **MILLENKAMP CATTLE, INC.; EAST VALLEY CATTLE, LLC; IDAHO JERSEY GIRLS JEROME DAIRY, LLC; MILLENKAMP ENTERPRISES, LLC; BLACK PINE CATTLE LLC; IDAHO JERSEY GIRLS, LLC; BILL MILLENKAMP; and SUSIE MILLENKAMP,**<br><br>    Plaintiffs,<br><br>vs.<br><br>**RABO AGRIFINANCE, LLC,**<br><br>Defendant. | **Adversary No. 25-08007-NGH** |

ORDER - 1

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

On May 2, 2025, Plaintiffs filed a Motion for Preliminary Injunction, Doc. No. 2, to which Defendant objected, Doc. No. 12. The Court conducted an evidentiary hearing on May 14, 2025, after which it took the motion under advisement. Doc. No. 15. On May 20, 2025, the Court issued an oral ruling denying the motion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Preliminary Injunction, Doc. No. 2, is DENIED, and the scheduled sale of the equitable interests of Bill and Susie Millenkamp, the WBM 2012 Trust, and the SJM 2012 Trust will not be enjoined.

DATED: May 20, 2025

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge