Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
       bwilson@hawleytroxell.com

Andrew J. Schoulder (*admitted pro hac vice*)
Francisco Vazquez (*admitted pro hac vice*)
Victoria V. Corder (*admitted pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com
       francisco.vazquez@nortonrosefulbright.com
       victoria.corder@nortonrosefulbright.com

Attorneys for Defendant Rabo AgriFinance LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>　　　　Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☐ All Debtors<br>☒ Millenkamp Cattle, Inc.<br>☒ Idaho Jersey Girls<br>☒ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☒ Millenkamp Family<br>☐ Goose Ranch | Jointly Administered With Case Nos:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome |

STIPULATION TO EXTEND DEADLINE TO FILE ANSWER OR
OTHERWISE RESPOND TO COMPLAINT - 1

59797.0007.4900-2534-5865.1

|  |  |
|---|---|
| ☒ Black Pine Cattle<br>☒ Millenkamp Enterprises<br><br>☒Idaho Jersey Girls Jerome Dairy, | Dairy)<br><br>Chapter 11 Cases |
| MILLENKAMP CATTLE, INC., an Idaho corporation; EAST VALLEY CATLE, LLC, an Idaho limited liability company; IDAHO JERSEY GIRLS JEROME DAIRY, LLC, an Idaho limited liability company; MILLENKAMP FAMILY, LLC, an Idaho limited liability company; MILLENKAMP ENTERPRISES, LLC, an Idaho limited liability company; BLACK PINE CATTLE, LLC, an Idaho limited liability company; IDAHO JERSEY GIRLS, LLC, an Idaho limited liability company; BILL MILLENKAMP, an individual; SUSIE MILLENKAMP, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>RABO AGRIFINANCE, LLC, as Agent on behalf of certain lenders including itself,<br><br>        Defendant. | Adv. Case No.: 25-08007-NGH |

## STIPULATION TO EXTEND DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Rabo AgriFinance LLC, in its capacity as agent and secured lender (the "RLOC Agent"), by and through its attorneys of record; the Plaintiffs Millenkamp Cattle, Inc., *et al.*, by and through their attorneys of record; and the Plaintiffs Bill and Susie Millenkamp, by and through their attorneys of record, hereby stipulate and agree to extend the deadline for the RLOC to answer the Complaint filed in this Adversary Proceeding. The RLOC Agent shall respond to the Complaint filed in this Adversary Proceeding via an answer, motion, or otherwise respond as provided under

the Federal Rules of Bankruptcy Procedure, on or before June 16, 2025, subject to any further stipulation to extend the deadline amongst the parties.

Dated: June 2, 2025

HAWLEY TROXELL ENNIS & HAWLEY LLP

Dated: June 2, 2025

By /s/ Brent R. Wilson
_____
Brent R. Wilson, ISB No. 8936
Attorneys for Defendant Rabo AgriFinance LLC

JOHNSON MAY PLLC

Dated: June 1, 2025

By /s/ Matthew T. Christensen (email auth.)
_____
Matthew T. Christensen
Attorneys for the Plaintiffs - Debtors

CAVAL LAW OFFICE, P.C.

By /s/ Alexandra Caval (email auth.)
_____
Alexandra Caval
Attorneys for the Plaintiffs – the Millenkamps

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 2nd day of June, 2025, I electronically filed the foregoing STIPULATION TO EXTEND DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Matthew T. Christensen | Alexandra O. Caval |
| J. Justin May | CAVAL LAW OFFICE, P.C. |
| JOHNSON MAY | alex@cavallawoffice.com |
| mtc@johnsonmaylaw.com | *Attorney for Bill and Susie Millenkamp* |
| jjm@johnsonmaylaw.com | |
| *Attorneys for Debtors* | |

      AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

      /s/ Brent R. Wilson
      Brent R. Wilson

STIPULATION TO EXTEND DEADLINE TO FILE ANSWER OR
OTHERWISE RESPOND TO COMPLAINT - 4