UNITED STATES BANKRUPCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>    Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☐ All Debtors<br>☒ Millenkamp Cattle, Inc.<br>☒ Idaho Jersey Girls<br>☒ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☒ Millenkamp Family<br>☐ Goose Ranch<br><br>☒ Black Pine Cattle<br>☒ Millenkamp Enterprises<br><br>☒ Idaho Jersey Girls Jerome Dairy, | Jointly Administered With Case Nos:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome Dairy)<br><br>Chapter 11 Cases |
| MILLENKAMP CATTLE, INC., an Idaho corporation; EAST VALLEY CATLE, LLC, an Idaho limited liability company; IDAHO JERSEY GIRLS JEROME DAIRY, LLC, an Idaho limited liability company; MILLENKAMP FAMILY, LLC, an Idaho limited liability company; MILLENKAMP ENTERPRISES, LLC, an Idaho limited liability company; BLACK PINE CATTLE, LLC, an Idaho limited liability company; IDAHO JERSEY GIRLS, LLC, an Idaho limited liability company; BILL MILLENKAMP, an individual; SUSIE MILLENKAMP, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>RABO AGRIFINANCE, LLC, as Agent on behalf of certain lenders including itself, | Adv. Case No.: 25-08007-NGH |

ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE
ANSWER OR OTHERWISE RESPOND TO COMPLAINT - 1

Defendant.

# ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Before the Court is the *Stipulation to Extend Deadline to File Answer or Otherwise Respond to Complaint (Adv. Dkt. No. 25)* (the "Stipulation"), filed June 2, 2025, by and among the Plaintiffs Millenkamp Cattle, Inc. et al.; Plaintiffs Bill and Susie Millenkamp; and Defendant Rabo AgriFinance LLC (the "RLOC Agent"). For good cause appearing therefore; **IT IS HEREBY ORDERED**:

1. The Stipulation is **APPROVED**; and

2. The RLOC Agent shall respond to the Complaint filed in this Adversary Proceeding via an answer, motion, or otherwise respond as provided under the Federal Rules of Bankruptcy Procedure, on or before June 16, 2025, subject to any further stipulation to extend the deadline amongst the parties.//end of text//

DATED: June 2, 2025



_____

NOAH G. HILLEN

Chief U.S. Bankruptcy Judge

Submitted by:

/s/ Brent R. Wilson

_____
Brent R. Wilson, ISB No. 8936
Attorneys for the Defendant RLOC Agent

Approved:

/s/ Matthew T. Christensen (email auth. 06.02.2025)

_____
Matthew T. Christensen
Attorneys for the Plaintiffs - Debtors

/s/ Alexandra Caval (email auth. 06.01.2025)

_____
Alexandra Caval
Attorneys for the Plaintiffs - Millenkamps

ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE
ANSWER OR OTHERWISE RESPOND TO COMPLAINT - 3

59797.0007.4923-9283-4121.1