Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: sschwager@hawleytroxell.com
          bwilson@hawleytroxell.com

Andrew J. Schoulder (*admitted pro hac vice*)
Francisco Vazquez (*admitted pro hac vice*)
Victoria V. Corder (*admitted pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone:  212.318.3030
Email: andrew.schoulder@nortonrosefulbright.com
          francisco.vazquez@nortonrosefulbright.com
          victoria.corder@nortonrosefulbright.com

Attorneys for Defendant Rabo AgriFinance LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☐ All Debtors<br>☒ Millenkamp Cattle, Inc.<br>☒ Idaho Jersey Girls<br>☒ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☒ Millenkamp Family<br>☐ Goose Ranch | Jointly Administered With Case Nos:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome |

STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH
PREJUDICE  - 1

| | |
|---|---|
| ☒ Black Pine Cattle<br>☒ Millenkamp Enterprises | Dairy) |
| | Chapter 11 Cases |
| ☒Idaho Jersey Girls Jerome Dairy, | |
| MILLENKAMP CATTLE, INC., an Idaho corporation; EAST VALLEY CATLE, LLC, an Idaho limited liability company; IDAHO JERSEY GIRLS JEROME DAIRY, LLC, an Idaho limited liability company; MILLENKAMP FAMILY, LLC, an Idaho limited liability company; MILLENKAMP ENTERPRISES, LLC, an Idaho limited liability company; BLACK PINE CATTLE, LLC, an Idaho limited liability company; IDAHO JERSEY GIRLS, LLC, an Idaho limited liability company; BILL MILLENKAMP, an individual; SUSIE MILLENKAMP, an individual,<br><br>                    Plaintiffs,<br><br>v.<br><br>RABO AGRIFINANCE, LLC, as Agent on behalf of certain lenders including itself,<br><br>                    Defendant. | Adv. Case No.: 25-08007-NGH |

## STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE

Defendant Rabo AgriFinance LLC, in its capacity as agent and secured lender, by and through its attorneys of record; the Plaintiffs Millenkamp Cattle, Inc., *et al.*, by and through their attorneys of record; and the Plaintiffs Bill and Susie Millenkamp, by and through their attorneys of record, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), incorporated to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, to dismiss this Adversary Proceeding with prejudice, with the effect of this Stipulation being so ordered by the Court.

STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH
PREJUDICE  - 2

Dated: July 17, 2025

HAWLEY TROXELL ENNIS & HAWLEY LLP


/s/ Brent R. Wilson

By _____

Brent R. Wilson, ISB No. 8936
Attorneys for Defendant Rabo AgriFinance LLC

Dated: July 17, 2025

JOHNSON MAY PLLC


/s/ Matthew T. Christensen (email auth.)

By _____

Matthew T. Christensen
Attorneys for the Plaintiffs - Debtors

Dated: July 9, 2025

CAVAL LAW OFFICE, P.C.


/s/ Alexandra Caval (email auth.)

By _____

Alexandra Caval
Attorneys for the Plaintiffs – the Millenkamps

STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH
PREJUDICE  - 3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 17th day of July, 2025, I electronically filed the foregoing STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Matthew T. Christensen                     Alexandra O. Caval
J. Justin May                              CAVAL LAW OFFICE, P.C.
JOHNSON MAY                                alex@cavallawoffice.com
mtc@johnsonmaylaw.com                      *Attorney for Bill and Susie Millenkamp*
jjm@johnsonmaylaw.com
*Attorneys for Debtors*

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

/s/ Brent R. Wilson
Brent R. Wilson

STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH
PREJUDICE  - 4