UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MILLENKAMP CATTLE, INC.,<br><br>Debtor. | Case No. 24-40158-NGH |
| Filing relates to:<br><br>☐ All Debtors<br>☒ Millenkamp Cattle, Inc.<br>☒ Idaho Jersey Girls<br>☒ East Valley Cattle<br>☐ Millenkamp Properties<br>☐ Millenkamp Properties II<br>☒ Millenkamp Family<br>☐ Goose Ranch<br><br><br>☒ Black Pine Cattle<br>☒ Millenkamp Enterprises<br><br>☒ Idaho Jersey Girls Jerome Dairy, | Jointly Administered With Case Nos:<br><br>24-40159-NGH (Idaho Jersey Girls)<br>24-40160-NGH (East Valley Cattle)<br>24-40161-NGH (Millenkamp Properties)<br>24-40162-NGH (Millenkamp Properties II)<br>24-40163-NGH (Millenkamp Family)<br>24-40164-NGH (Goose Ranch)<br>24-40166-NGH (Black Pine Cattle)<br>24-40167-NGH (Millenkamp Enterprises)<br>24-40165-NGH (Idaho Jersey Girls Jerome<br>Dairy)<br><br>Chapter 11 Cases |
| MILLENKAMP CATTLE, INC., an Idaho corporation; EAST VALLEY CATLE, LLC, an Idaho limited liability company; IDAHO JERSEY GIRLS JEROME DAIRY, LLC, an Idaho limited liability company; MILLENKAMP FAMILY, LLC, an Idaho limited liability company; MILLENKAMP ENTERPRISES, LLC, an Idaho limited liability company; BLACK PINE CATTLE, LLC, an Idaho limited liability company; IDAHO JERSEY GIRLS, LLC, an Idaho limited liability company; BILL MILLENKAMP, an individual; SUSIE MILLENKAMP, an individual,<br><br>Plaintiffs,<br><br>v. | Adv. Case No.: 25-08007-NGH |

ORDER APPROVING STIPULATION TO DISMISS ADVERSARY
PROCEEDING WITH PREJUDICE  - 1

RABO AGRIFINANCE, LLC, as Agent on
behalf of certain lenders including itself,

            Defendant.

### ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE

Before the Court is the *Stipulation to Dismiss Adversary Proceeding with Prejudice (Adv. Dkt. No. 33)* (the "Stipulation") filed July 17, 2025, among Defendant Rabo AgriFinance LLC, in its capacity as agent and secured lender; the Plaintiffs Millenkamp Cattle, Inc., *et al.*; and the Plaintiffs Bill and Susie Millenkamp.

Based on the Stipulation and for good cause appearing; **IT IS HEREBY ORDERED**: pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), incorporated to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, the Stipulation is **APPROVED** and the Adversary Proceeding is **DISMISSED WITH PREJUDICE**.//end of text//

DATED: August 26, 2025



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

59797.0007.4903-6135-1009.1

Submitted by:

/s/ Brent R. Wilson

_____
Brent R. Wilson, ISB No. 8936
Hawley Troxell Ennis & Hawley LLP
Attorneys for Rabo AgriFinance LLC


Approved:

/s/ Matthew T. Christensen (email auth.)

_____
Matthew T. Christensen
Johnson May PLLC
Attorneys for the Debtors


/s/ Alexandra Caval (email auth.)

_____
Alexandra Caval
Caval Law Office, P.C.
Attorneys for the Millenkamps

ORDER APPROVING STIPULATION TO DISMISS ADVERSARY
PROCEEDING WITH PREJUDICE  - 3